**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| BOBBY FRANCIS LOWRY,<br><br>Plaintiff,<br><br>vs.<br><br>SEELEYLAKE.Com, VINCE LOVATO, and JOHN DOES 1-10,<br><br>Defendants. | CV 26-16-M-WWM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION AND DISMISSING WITHOUT PREJUDICE |

Plaintiff Bobby Francis Lowry ("Plaintiff") lodged a Complaint for Defamation (Libel), Damages, and Injunctive Relief against the above-named Defendants on January 20, 2026. (Doc. 2). Plaintiff has also filed a Motion for Preliminary Injunction. (Doc. 4).

Judge DeSoto made Findings and a Recommendation in this matter on July 28, 2026. Plaintiff did not object and, therefore, is not entitled to *de novo* review of the record. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

This Court reviews the Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach. Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Judge DeSoto recommended that this action be dismissed, without leave to amend under 28 U.S.C. § 1915(e)(2) and that Plaintiff 's motion for preliminary injunction (Doc. 4) be denied as moot.

The Court finds no clear error in Judge DeSoto's Findings and Recommendation (Doc. 5). Accordingly:

**IT IS HEREBY ORDERED** that Judge DeSoto's Findings and Recommendation are **ADOPTED IN FULL.**

Therefore, **IT IS FURTHER ORDERED** that Plaintiff's Complaint (Doc. 2) is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS FURTHER ORDERED** that any appeal from this disposition would not be taken in good faith pursuant to Federal Rule of Appellate Procedure 24(a)(4)(B).

The Clerk of Court is directed to notify the parties of the making of this order and to enter, by separate document, a judgment of dismissal pursuant to Federal Rule of Civil Procedure 58.

DATED this 24th day of August, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE